IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEARCH OF :
INFORMATION THAT IS STORED AT :
PREMISES CONTROLLED BY GOOGLE : 1:22MJ535
LLC :
    :

ORDER

The government having moved that the search warrant materials filed in this case be sealed and the court being apprised of the reasons therefor, IT IS HEREBY ORDERED that the search warrant materials be sealed until further order of the court.

The Court has inherent authority to order the sealing of a search warrant affidavit. Baltimore Sun Co. v. Goetz, 886 F.2d 60, 64 (4th Cir. 1989).

On the ex parte showing before the court, the court considers that the government has made a prima facie showing that justifies sealing the search warrant materials.

The search warrant materials, including the application, affidavit, warrant, and warrant return, as well as the government's supplement to the motion to seal, shall be placed under seal by the clerk.

_____
L. PATRICK AULD
UNITED STATES MAGISTRATE JUDGE

Date 03/06/23